KENNETH L. MOORE v. RICHARD JUNIUS HULL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLUB ALABAM, INC., v. SYNDICATE LAND AND DEVELOPMENT CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACQUES WOLFF v. THE CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BEDFORD ESTATES, INC., v. EMANUEL A. STERN.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUISE D. MONTAGUE v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL IGSTAEDTER v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS HEFLING v. THE PUBLIC NATIONAL BANK OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS H. SCHLOSSBERG v. FASHION CLOTHING CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TRAVELERS INSURANCE COMPANY v. POST & McCORD, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FREDERICK BOSS and Others v. LOUIS SOSHEN, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LILLIAN GEARY v. BERNARD T. BRADY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

104 WEST 18TH STREET REALTY CORPORATION v. MAC & MAC GARAGE, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AUGUSTUS S. HOUGHTON and Others v. HECTOR W. THOMAS and JOHN H. TAYLOR and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AUGUSTUS S. HOUGHTON and Others v. HECTOR W. THOMAS and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch McAvoy and Proskauer, JJ.

DANIEL J. MONTAGUE, as Administrator, etc., of MARY MONTAGUE, Deceased,.